### CITY OF NEW HAVEN v. JACQUELINE BOYLES ET AL.

The defendant Terence S. Hawkins' petition for certification for appeal from the Appellate Court (AC 20092) is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Terence S. Hawkins*, in support of the petition.

Decided November 8, 2000